**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ANIL RIJAL, Individually,
　　　　　　　*Petitioner-Appellant,*

　　　　　v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,
　　　　　　　*Respondent-Appellee.*

No. 11-35249

D.C. No.
2:10-cv-00709-RAJ

ORDER

Appeal from the United States District Court
for the Western District of Washington
Richard A. Jones, District Judge, Presiding

Submitted June 4, 2012*
Seattle, Washington

Filed June 13, 2012

Before: Barry G. Silverman and Mary H. Murguia,
Circuit Judges, and Dolly M. Gee, District Judge.**

---

## COUNSEL

Robert O. Wells, Jr., Mikkelborg, Broz, Wells & Fryer, Seattle, Washington, for the petitioner-appellant.

Jeffrey M. Bauer, United States Department of Justice, Washington, D.C., for the defendant-appellee.

---

*The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

**The Honorable Dolly M. Gee, United States District Judge for the Central District of California, sitting by designation.

**ORDER**

SILVERMAN, Circuit Judge:

Anil Rijal appeals the district court's grant of summary judgment in favor of the United States Citizenship and Immigration Services, affirming the denial of his petition for an immigration visa preference as an alien of "extraordinary ability" pursuant to 8 U.S.C. § 1153(b)(1)(A). We adopt as our own the well-reasoned published opinion of the district court, *Rijal v. United States Citizenship & Immigration Servs.*, 772 F.Supp. 2d 1339 (W.D. Wash. 2011).

AFFIRMED.